

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00569-CR

SAM LEE PALMER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                     STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

We abated this case to the trial court on September 9, 2013 so that the trial court could determine whether Appellant desired to prosecute his appeal. At the abatement hearing held on October 2, 2013, Appellant's retained counsel stated to the trial court that Appellant, who did not appear for the abatement hearing, was in Dallas County serving a five-year sentence. Appellant's retained

---

[1]See Tex. R. App. P. 47.4.

counsel further told the trial court on the record that Appellant had communicated to him that he did not wish to pursue this appeal. The reporter's record provides that counsel for the State also appeared at the abatement hearing.

We hold that this procedure substantially complies with rule 42.2(a) of the rules of appellate procedure.[2] No decision of this court having been delivered before we received evidence of Appellant's desire to dismiss his appeal, we dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 21, 2013

---

[2] *See* Tex. R. App. P. 42.2(a); *Robertson v. State*, No. 01-11-00743-CR, 2012 WL 5285913, at *1 (Tex. App.—Houston [1st Dist.] Oct. 25, 2012, no pet.) (mem. op., not designated for publication); *Lawson v. State*, No. 02-06-00204-CR, 2007 WL 495165, at *1 (Tex. App.—Fort Worth Feb. 15, 2007, no pet.) (mem. op., not designated for publication).

[3] *See* Tex. R. App. P. 42.2(a), 43.2(f).